1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD R. SERRATA, | Case No: 4:24-cv-02421-HSG |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; THE SHERMAN WILLIAMS COMPANY GROUP LONG-TERM DISABILITY PLAN; DOES 1-10 | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having reviewed the Plaintiff's Administrative Motion to Correct Case Caption, and good cause appearing, hereby Orders as follows:

1. The name THE SHERMAN WILLIAMS COMPANY GROUP LONG-TERM DISABILITY PLAN shall be deleted from the caption of this case;

2. The name THE SHERWIN WILLIAMS COMPANY GROUP LONG-TERM DISABILITY PLAN shall be inserted in the caption in place and instead of THE SHERMAN WILLIAMS COMPANY GROUP LONG-TERM DISABILITY PLAN.

3. The Caption shall be changed as follows:

EDWARD R. SERRATA,

        Plaintiff,

  vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA; THE SHERWIN WILLIAMS COMPANY GROUP LONG-TERM DISABILITY PLAN; DOES 1-10

        Defendants.

Dated: 5/8/2024

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
DISTRICT COURT JUDGE