1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10  EDWARD R. SERRATA,                 | Case No. 4:24-cv-02421-HSG

11          Plaintiff,                 | **ORDER TO DISMISS THE SHERWIN WILLIAMS COMPANY GROUP LONG-TERM DISABILITY PLAN WITHOUT PREJUDICE (as modified)**

12      v.

13  UNUM LIFE INSURANCE COMPANY OF     | [Filed concurrently with Stipulation to Dismiss]
    AMERICA; THE SHERWIN WILLIAMS

14  COMPANY GROUP LONG-TERM            | Judge: Hon. Haywood S. Gilliam, Jr.
    DISABILITY PLAN; DOES 1-10,

15          Defendants.

16

17

18      Upon consideration of parties' stipulation for dismissal without prejudice of Defendant

19  The Sherwin Williams Company Group Long-Term Disability Plan ("the Plan"), and good cause

    appearing therefor,

20

21      IT IS HEREBY ORDERED that the Plan only shall be dismissed from this lawsuit, under

22  the terms and conditions of the instant stipulation, without prejudice, and without costs. Unum

    Life Insurance Company of America shall remain the only named Defendant in this case.

23

24      IT IS SO ORDERED.

25

26  Dated:   7/12/2024

                                     *Haywood S. Gilliam Jr.*
27                                  Hon. Haywood S. Gilliam, Jr.
                                    United States District Judge
28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

4867-3726-4833 v1                    1                    Case No. 4:24-cv-02421-HSG
                                                          ORDER TO DISMISS THE PLAN WITHOUT
                                                          PREJUDICE