UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. SERRATA<br><br>Plaintiff(s)<br>v.<br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br>Defendant(s) | CASE No C 4:24-cv-02421-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   Private mediation with Judicate West, Rebecca Grey, Esq.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: 8/20/2024          /s/ Scott E. Calvert
                                       Attorney for Plaintiff

Date: 8/20/2024          /s/ Keiko J. Kojima
                                       Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   8/26/2024          *[signature]* Haywood S. Gilliam Jr.
                                       U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*