Michael B. Horrow (SBN 162917)
Email: mhorrow@donahuehorrow.com
Scott E. Calvert (SBN 210787)
Email: scalvert@donahuehorrow.com
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245

Attorneys for Plaintiff Edward R. Serrata

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Edward R. Serrata, <br><br> Plaintiff, <br><br> v. <br><br> Unum Life Insurance Company of America; The Sherman Williams Company Group Long-Term Disability Plan; Does 1-10, <br><br> Defendants. | Case No. 4:24-cv-02421-HSG <br><br> **STIPULATION AND ORDER REGARDING THE STANDARD OF REVIEW** |

Plaintiff Edward R. Serrata ("Plaintiff" or "Serrata") and Defendant Unum Life Insurance Company of America ("Defendant" or "Unum Life"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, this action is governed by the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. Section 1001 et seq.);

4867-4499-9897 v1

1

Case No. 4:24-cv-02421-HSG
STIPULATION AND ORDER RE STANDARD OF REVIEW

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

WHEREAS, one of the issues to be litigated in an ERISA action is whether the standard of review at trial is that of abuse of discretion or *de novo;*

WHEREAS, on August 15, 2024, the Court issued an order instructing the parties to e-file a joint letter brief by August 27, 2024 if there is no agreement regarding the standard of review (Docket No. 32);

WHEREAS, the parties have further met-and-conferred on the standard of review;

WHEREAS, Defendant will stipulate to *de novo* review in this case;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant hereto that:

1. The standard of review applicable to Plaintiff's claim is *de novo* for purposes of the trial or other dispositive proceedings involving this case;

2. Defendant's stipulation to *de novo* standard of review in this case is for purposes of the trial of this case only and without reference to the appropriate standard of review in any other case. Defendant's stipulation on the standard of review should not be construed as a concession that a *de novo* standard of review is applicable in any other pending cases against Defendant.

**IT IS SO STIPULATED.**

Dated: August 23, 2024          DONAHUE & HORROW, LLP

By: /s/ Scott E. Calvert
Michael B. Horrow
Scott E. Calvert
Attorneys for Plaintiff
Edward R. Serrata

Dated: August 26, 2024          BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Keiko J. Kojima
Daniel W. Maguire
Keiko J. Kojima
Attorneys for Unum Life Insurance Company of America

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

Dated: August 26, 2024                    BURKE, WILLIAMS & SORENSEN, LLP

                                          By:  /s/ *Keiko J. Kojima*
                                               Daniel W. Maguire
                                               Keiko J. Kojima
                                               Attorneys for Unum Life Insurance Company of America

**ORDER**

Pursuant to the Parties' stipulation, the standard of review applicable to the Plaintiff's claim is *de novo* for purposes of the trial or other dispositive proceedings involving this case.

**IT IS SO ORDERED.**

_____
Honorable Haywood S. Gilliam, Jr.
U.S. District Judge