UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD R. SERRATA,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.

Case No. 24-cv-02421-HSG

**SCHEDULING ORDER**

A case management conference was held on August 13, 2024. Having considered the parties' proposal, *see* Dkt. No. 31, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 6, 2024 |
| Close of Fact Discovery | January 3, 2025 |
| Non-Dispositive Hearing Deadline | February 6, 2025 at 2:00 p.m. |
| Deadline to Lodge Administrative Record | March 28, 2025 |
| Deadline to File Opening Cross Motions | March 28, 2025 |
| Deadline to File Opposing Cross Motions | April 18, 2025 |
| Rule 52 Hearing | May 23, 2025, at 10:00 a.m. |

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/28/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge