1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD R. SERRATA, | Case No.: 4:24-cv-02421-HSG |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE RULE 52 (BENCH TRIAL) HEARING** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; THE SHERWIN WILLIAMS COMPANY GROUP LONG-TERM DISABILITY PLAN; DOES 1-10 | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Rule 52 Hearing will be continued from May 23, 2025 at 10:00 a.m. to June 6, 2025 at 10:00 a.m. before the Honorable Haywood S. Gilliam, Jr.

**IT IS SO ORDERED.**

DATED: 11/21/2024

_____
HAYWOOD S. GILLIAM, JR.
DISTRICT COURT JUDGE