UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD R. SERRATA,

              Plaintiff,

    vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA; THE SHERWIN WILLIAMS COMPANY GROUP LONG-TERM DISABILITY PLAN; DOES 1-10

              Defendants.

Case No.: 4:24-cv-02421-HSG

**ORDER FOR MOTION FOR ATTORNEY FEES AND COSTS BRIEFING SCHEDULE**

[Filed Concurrently with Stipulation]

– 1 –

ORDER FOR MOTION FOR ATTORNEY FEES AND COSTS BRIEFING SCHEDULE

Upon consideration of the Parties' Stipulation for Motion for Attorney Fees and Costs Briefing Schedule, and good cause appearing therefor, a briefing schedule for a Motion for Attorney Fees and Costs is hereby ORDERED as follows:

| Event | Filing Deadline |
| --- | --- |
| Motion for Attorney Fees and Costs | May 26, 2026 |
| Opposition to Motion for Attorney Fees and Costs | June 16, 2026 |
| Reply to Motion for Attorney Fees and Costs | June 30, 2026 |

IT IS SO ORDERED.

Dated:    4/6/2026

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
DISTRICT COURT JUDGE

– 2 –
ORDER FOR MOTION FOR ATTORNEY FEES AND COSTS BRIEFING SCHEDULE