UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD R. SERRATA,

               Plaintiff,

     vs.

UNUM LIFE INSURANCE COMPANY OF
AMERICA; THE SHERWIN WILLIAMS
COMPANY GROUP LONG-TERM
DISABILITY PLAN; DOES 1-10

               Defendants.

Case No.: 4:24-cv-02421-HSG

**ORDER EXTENDING DEADLINE
TO FILE MOTION FOR
ATTORNEYS' FEES AND COSTS**

[Filed Concurrently with Stipulation]

– 1 –

ORDER FOR EXTENSION OF MOTION FOR ATTORNEY FEES AND COSTS BRIEFING SCHEDULE

Upon consideration of the Parties' Stipulation for Extension of Deadline to File Motion for Attorneys' Fees and Costs, and good cause appearing therefore, a briefing schedule for the Motion is hereby ORDERED as follows:

| Event | Filing Deadline |
| --- | --- |
| Motion for Attorney Fees and Costs | July 7, 2026 |
| Opposition to Motion for Attorney Fees and Costs | August 4, 2026 |
| Reply to Motion for Attorney Fees and Costs | August 11, 2026 |

IT IS SO ORDERED.

Dated:  5/18/2026

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
DISTRICT COURT JUDGE

– 2 –

ORDER FOR EXTENSION OF MOTION FOR ATTORNEY FEES AND COSTS BRIEFING SCHEDULE